# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TREMONISHA PUTROS, an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INCOME LIFE INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | Case No. 8:19-cv-00340 AG (JDEx)<br><br>**ORDER GRANTING JOINT STIPULATION:**<br><br>**(1) WITHDRAWING PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT; AND**<br><br>**(2) REMANDING ACTION TO STATE COURT** |

4836-8308-3915.1

[PROPOSED] ORDER

| | |
|---|---|
| 1 | Having read and considered the Parties' Joint Stipulation (1) Withdrawing |
| 2 | Plaintiff's Motion to Remand Action to State Court; and (2) For an Order |
| 3 | Remanding Action to State Court, IT IS HEREBY ORDERED THAT: |
| 4 | (1) Plaintiff's pending Motion to Remand (ECF No. 8), including her request |
| 5 | for attorneys' fees, is hereby withdrawn and the hearing scheduled for April |
| 6 | 1, 2019 is accordingly vacated; and |
| 7 | (2) Plaintiff's action is hereby remanded to Orange County Superior Court. |
| 8 | **IT IS SO ORDERED.** |
| 9 | DATED: March 15, 2019 |

By _____
HONORABLE ANDREW J. GUILFORD
United States District Judge